# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

April 29, 2020

Before:    ILANA DIAMOND ROVNER, Circuit Judge
           AMY C. BARRETT, Circuit Judge
           AMY J. ST. EVE, Circuit Judge

| | |
|---|---|
| No. 19-2620 | RENEE TAYLOR-REEVES, Plaintiff - Appellant<br><br>v.<br><br>MARKETSTAFF, INC., Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:17-cv-05416<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

   form name: **c7_FinalJudgment**(form ID: **132**)